UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-186-MOC

| | |
|---|---|
| DESIGN GAPS, INC., et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOCELYN HALL, et al., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendants' Motions to Dismiss Plaintiff's Complaint. (Doc. No. 16, 18).

Plaintiff filed an Amended Complaint on June 16, 2023, after Defendants filed their motions to dismiss. (Doc. No. 22). Because Plaintiff has filed an Amended Complaint, the pending motions to dismiss the original Complaint are moot. See Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule ... is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect."); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motions to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS THEREFORE ORDERED** that:

(1) Defendants' Motions to Dismiss, (Doc. Nos. 16, 18), are **DENIED** as moot.

Signed: September 26, 2023

Max O. Cogburn Jr.
United States District Judge