# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| David Glover | ) | JUDGMENT IN CASE |
| Eva Glover | | |
| Design Gaps, Inc., | | |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00186-MOC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Peters Custom Homes, Inc. | ) | |
| Nicholas Peters | ) | |
| Jocelyn Hall | ) | |
| Peters Custom Design, LLC | ) | |
| Hall Interiors, LLC | ) | |
| Miriam Peters, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2023 Order.

November 21, 2023

_____

Katherine Hord Simon, Clerk
United States District Court